# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF IBEW LOCAL UNION NO. 100 PENSION TRUST FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> INDUSTRIAL ELECTRICAL SERVICES, <br><br> Defendant. | Case No. 1:17-cv-01496-DAD-SAB <br><br> ORDER EXTENDING TIME FOR PLAINTIFF TO FILE MOTION FOR DEFAULT JUDGMENT <br><br> DEADLINE: JUNE 4, 2018 |

Plaintiffs Board of Trustees of IBEW Local Union No. 100 Pension Trust Fund, Joint Electrical Industry Training Trust Fund, National Electric Benefit Funds and Family Medical Care Plan filed this action on November 6, 2017, against Industrial Electrical Services, Inc. On January 5, 2018, Plaintiffs filed a request for entry of default and default was entered against Defendant Industrial Electrical Services on January 8, 2018. On March 19, 2018, an order issued requiring Plaintiffs to either file a motion for default judgment or show cause why this action should not be dismissed within thirty days. On April 18, 2018, Plaintiff's filed a response requesting an additional 45 days as they are hopeful that this action may be able to resolve. The Court finds good cause to grant Plaintiffs request.

///

1

Accordingly, Plaintiffs request for a continance is HEREBY GRANTED and Plaintiffs motion for default judgment shall be filed on or before June 4, 2018.

IT IS SO ORDERED.

Dated: __**April 19, 2018**__   _____
UNITED STATES MAGISTRATE JUDGE